# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1201
Lower Tribunal No. 2020-CA-003839-O

_____

VCG MYM I LLC,

Appellant,

v.

SUNRISE LAND PARTNERS, LLLP, MATTAMY JACKSONVILLE, LLC, MATTAMY ORLANDO, LLC, MATTAMY TAMPA/SARASOTA, LLC, MATTAMY FLORIDA, LLC,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
John E. Jordan, Judge.

November 9, 2023

PER CURIAM.

AFFIRMED. *See Alvarez v. Rendon*, 953 So. 2d 702, 709 (Fla. 5th DCA 2007) ("An anticipatory breach of contract occurs before the time has come when there is a present duty to perform as the result of words or acts evincing an intention to refuse performance in the future."); *Craigside, LLC v. GDC View, LLC*, 74 So. 3d 1087, 1090 (Fla. 1st DCA 2011) ("Craigside unequivocally informed GDC that Craigside was not going to close . . . . In doing so, Craigside communicated an anticipatory repudiation which breached the agreement."); *U.S. Bank Nat'l Ass'n as Tr. for*

*Lehman XS Tr. Mortg. Pass-Through Certificates, Series 2006-16N v. Devoe*, 315 So. 3d 1232, 1235 (Fla. 5th DCA 2021) ("Generally, in a non-jury trial, this Court will defer to the trial court's findings of fact so long as those findings are supported by competent substantial evidence."); *Sinclair v. Sinclair*, 804 So. 2d 589, 592 (Fla. 2d DCA 2002) (holding that in nonjury case, it is not for appellate court to reweigh evidence or substitute its judgment for that of trial court).[1]

TRAVER, C.J., and NARDELLA and MIZE, JJ., concur.

Jesse Panuccio, of Boies Schiller Flexner, LLP, Fort Lauderdale, for Appellant.

Peter J. McGinley, of Dechert, LLP, Philadelphia, Pennsylvania, and Steven A. Engel, of Dechert, LLP, Washington, D.C., Pro Hac Vice, for Appellant.

Julissa Rodriguez, of Shutts & Bowen, LLP, Miami, and Eric C. Reed, Shutts & Bowen, LLP, Orlando, for Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED

---

[1] This case was transferred from the Fifth District Court of Appeal to this Court on January 1, 2023.